UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CERTAIN REAL PROPERTY LOCATED AT
4926 ORCHARD, DEARBORN, WAYNE
COUNTY, MICHIGAN, TOGETHER WITH
ALL OF ITS FIXTURES, BUILDINGS,
IMPROVEMENTS AND APPURTENANCES;

      Defendant-in-rem.

Civil No. 05-60188
Honorable John Corbett O'Meara
Magistrate Judge Donald A. Scheer

_____/

**ORDER STAYING CIVIL FORFEITURE PROCEEDINGS**

Upon reading the accompanying Stipulation to Stay the Civil Forfeiture Proceedings ("Stipulation"), and the Court being otherwise fully advised in the premises, now, therefore;

**IT IS HEREBY ORDERED** that the terms of the Stipulation are incorporated by reference herein;

**IT IS FURTHER ORDERED** that this case shall be stayed until the resolution of the criminal investigation or until further order of this Court.

s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge

Dated:  December 19, 2005